JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SURIE ALEXANDER,** | Case No. ED CV 19-01359 DSF (SPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DAU V. NGUYEN, M.D.,** | |
| Defendant. | |

The Court having granted the Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment filed by Defendant Dau V. Nguyen, M.D., IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920

Dated:  May 13, 2022

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1